**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CLARENCE HICKS,** | : |
| | : |
| Petitioner | : |
| | :   CIVIL NO. 3:CV-16-1515 |
| v. | : |
| | :   (Judge Caputo) |
| **WARDEN,** | : |
| | : |
| Respondent | : |

**O R D E R**

**AND NOW**, this **1st** day of **DECEMBER**, **2016**, upon consideration of Clarence Hick's Petition under 28 U.S.C. § 2241, it is **ORDERED** that:

1. The Petition (ECF No. 1) is dismissed for failure to exhaust his available administrative remedies.

2. The Clerk of Court is directed to close this case.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**